B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Select Marketing Solutions, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4420241** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1175 Lakeside Drive**<br>**Gurnee, IL**<br>ZIP Code **60031** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Select Marketing Solutions, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): **Select Marketing Solutions, Ltd.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**April 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Pamela Zastrow**
Signature of Authorized Individual

**Pamela Zastrow**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 15, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Select Marketing Solutions, Ltd.      Case No. _____
                                     Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329 | American Express<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329 | Periodic Purchases | | 27,990.59 |
| American Express<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329-7863 | American Express<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329-7863 | Periodic Purchases | | 5,613.78 |
| CenterPoint Properties Trust<br>Attn: Sean Maher<br>1808 Swift Drive<br>Oak Brook, IL 60523 | CenterPoint Properties Trust<br>Attn: Sean Maher<br>1808 Swift Drive<br>Oak Brook, IL 60523 | Lease | Disputed | 71,751.69 |
| Citibank<br>P.O. Box 6077<br>Sioux Falls, SD 57117 | Citibank<br>P.O. Box 6077<br>Sioux Falls, SD 57117 | Periodic Purchases | | 4,753.42 |
| Display Connection, Inc.<br>203 Poplar Street<br>North Aurora, IL 60542 | Display Connection, Inc.<br>203 Poplar Street<br>North Aurora, IL 60542 | Trade Debt | | 3,270.75 |
| Dynasty USA Group<br>1260 N. Ellis Street<br>Bensenville, IL 60106 | Dynasty USA Group<br>1260 N. Ellis Street<br>Bensenville, IL 60106 | Trade Debt | | 4,774.00 |
| First Merit Bank, N.A.<br>236 W. Lake Street<br>Suite 102<br>Bloomingdale, IL 60108 | First Merit Bank, N.A.<br>236 W. Lake Street<br>Suite 102<br>Bloomingdale, IL 60108 | Accounts Receivable (Book Value $216,652.55 less $41,054.67 reduction for uncollectable accounts) | Disputed | 323,557.79<br>(175,597.88 secured) |
| First Merit Bank, N.A.<br>236 W. Lake Street<br>Suite 102<br>Bloomingdale, IL 60108 | First Merit Bank, N.A.<br>236 W. Lake Street<br>Suite 102<br>Bloomingdale, IL 60108 | Accounts Receivable (Book Value $216,652.55 less $41,054.67 reduction for uncollectable accounts) | Disputed | 83,391.25<br>(175,597.88 secured)<br>(323,557.79 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re   Select Marketing Solutions, Ltd.                                      Case No.
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Merit Bank, N.A. 236 W. Lake Street Suite 102 Bloomingdale, IL 60108 | First Merit Bank, N.A. 236 W. Lake Street Suite 102 Bloomingdale, IL 60108 | Business Loan | Disputed | 51,615.96 |
| First Midwest Bank P.O. Box 9003 Gurnee, IL 60031 | First Midwest Bank P.O. Box 9003 Gurnee, IL 60031 | Loan | | 5,603.16 |
| Franklin Wire & Display, Inc. 910 E. Lincoln Ave. Belvidere, IL 61008 | Franklin Wire & Display, Inc. 910 E. Lincoln Ave. Belvidere, IL 61008 | Trade Debt | | 4,000.00 |
| Genesis Packaging & Design Inc. 20W345-A 101st Street Lemont, IL 60439 | Genesis Packaging & Design Inc. 20W345-A 101st Street Lemont, IL 60439 | Trade Debt | | 10,857.50 |
| L & M Corrugated Container Corp. 32 Insight Drive Platteville, WI 53818 | L & M Corrugated Container Corp. 32 Insight Drive Platteville, WI 53818 | Trade Debt | | 13,612.42 |
| Labor Solutions, LLC 729 Pinecrest Drive Prospect Heights, IL 60070 | Labor Solutions, LLC 729 Pinecrest Drive Prospect Heights, IL 60070 | Trade Debt | | 6,040.97 |
| Moffat Wire & Display, Inc. Attn: Ramesh Gandhi 324 S. LaLonde Ave. Addison, IL 60101 | Moffat Wire & Display, Inc. Attn: Ramesh Gandhi 324 S. LaLonde Ave. Addison, IL 60101 | Trade Debt | | 36,748.51 |
| MoldRite Products, Inc. N29 W22870 Marjean Lane Waukesha, WI 53186 | MoldRite Products, Inc. N29 W22870 Marjean Lane Waukesha, WI 53186 | Trade Debt | | 22,271.58 |
| Premier Graphics & Promotions, Inc. 509 West Northwest Hwy, Suite 250 Barrington, IL 60010 | Premier Graphics & Promotions, Inc. 509 West Northwest Hwy, Suite 250 Barrington, IL 60010 | Trade Debt | | 14,062.13 |
| Richter Industries Inc. 4910 70th Avenue Kenosha, WI 53144 | Richter Industries Inc. 4910 70th Avenue Kenosha, WI 53144 | Trade Debt | | 16,907.94 |
| Southern Imperial, Inc. 23584 Network Place Chicago, IL 60673 | Southern Imperial, Inc. 23584 Network Place Chicago, IL 60673 | Trade Debt | | 20,043.53 |
| Toussaint and Company P.O. Box 1711 Carmel, IN 46082 | Toussaint and Company P.O. Box 1711 Carmel, IN 46082 | Trade Debt | | 5,310.24 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Select Marketing Solutions, Ltd.                                 Case No.
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 15, 2011                          Signature  /s/ Pamela Zastrow
                                                         Pamela Zastrow
                                                         President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AFC Worldwide Express, Inc.
P.O. Box 404992
Atlanta, GA 30384

Alarm Detection Systems, Inc.
111 Church Road
Aurora, IL 60505

Albion Allen, Inc.
955 Tonne Road
Elk Grove Village, IL 60007

American Express
P.O. Box 7863
Fort Lauderdale, FL 33329-7863

American Express
P.O. Box 7863
Fort Lauderdale, FL 33329

Amerigas

Anderson Law Offices
225 West Jackson, Suite 1100
Chicago, IL 60606

BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290

Boat Tailors
2332 N. Sylvania Ave.
Sturtevant, WI 53177

Brookweiner LLC
125 South Wacker Drive, 10th Floor
Chicago, IL 60606

Bruce Dopke, Esq.
P.O. Box 681246
Schaumburg, IL 60168

Cardianl Pallet
505 West 43rd Street
Chicago, IL 60609


CenterPoint Properties Trust
Attn:  Sean Maher
1808 Swift Drive
Oak Brook, IL 60523


Chase Auto Finance
P.O. Box 901076
Fort Worth, TX 76101-2076


Citibank
P.O. Box 6077
Sioux Falls, SD 57117


Com Ed
Bill Payment Center
Chicago, IL 60668


Concept-2-Solution, Inc.
Attn: Robert E. Kearns, III
1530 Corporate Center Drive, #5


CorpLaw Associates
400 Central Avenue
Suite 150
Winnetka, IL 60093


Creative
31 Merrick Avenue
Merrick, NY 11566


Crown Packaging
8640 Jefferson Highway
Osseo, MN 55369


Designed Plastics Inc.
1157 Pagni Drive
Elk Grove Village, IL 60007


Display Connection, Inc.
203 Poplar Street
North Aurora, IL 60542

```
Dome Labels
7435 S. Eastern Ave., Suite #5


Dynasty USA Group
1260 N. Ellis Street
Bensenville, IL 60106


FFr, Inc.
P.O. Box 635696
Cincinnati, OH 45263


First Merit Bank, N.A.
236 W. Lake Street
Suite 102
Bloomingdale, IL 60108


First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031


Franklin Wire & Display, Inc.
910 E. Lincoln Ave.
Belvidere, IL 61008


Genesis Packaging & Design Inc.
20W345-A 101st Street
Lemont, IL 60439


Grainger
Dept. 873667190
Palatine, IL 60038


Warren B. Grayson
1013 N. Kasper Avenue
Arlington Heights, IL 60004


Groot Industries, Inc.
P.O. Box 1305
Elk Grove Village, IL 60009


Ice Mountain
P.O. Box 856680
Louisville, KY 40285
```

```
Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Intechnic Corporation
333 East Highway 83
Suite 201
Mundelein, IL 60060


Internal Revenue Service
Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346


Janis Plastics, Inc.
330 North Avenue
Antioch, IL 60002


Klevatt & Associates
33 North LaSalle Street
Suite 2100
Chicago, IL 60602


L & M Corrugated Container Corp.
32 Insight Drive
Platteville, WI 53818


Labor Solutions, LLC
729 Pinecrest Drive
Prospect Heights, IL 60070


M.L. Sullivan Insurance Company
P.O. Box 8152
Bartlett, IL 60103


Mazzeffi and Company
1435 South Roselle Road
Schaumburg, IL 60193


Mighty Pac, Inc.
345 N. Quentin Road, Suite 304
Lake Zurich, IL 60047
```

```
Moffat Wire & Display, Inc.
Attn: Ramesh Gandhi
324 S. LaLonde Ave.
Addison, IL 60101


MoldRite Products, Inc.
N29 W22870 Marjean Lane
Waukesha, WI 53186


Multimetal Products Corp.
3965 Grove Avenue
Gurnee, IL 60031


Office Team
21925 Field Parkway
Suite 100
Deer Park, IL 60010


P.O.P. PRO Network LLC
P.O. Box 1966
Des Plaines, IL 60017


Helene Paulson
539 West Roscoe, #2N
Chicago, IL 60657


Pitney Bowes,Inc.
P.O. Box 856390
Louisville, KY 40285


Premier Graphics & Promotions, Inc.
509 West Northwest Hwy, Suite 250
Barrington, IL 60010


Quality Labor Services, LLC



Randolph Components, Inc.
4466 Hwy "P"
Unit 3
Attn: April Randy
Jackson, WI 53037
```

Richter Industries Inc.
4910 70th Avenue
Kenosha, WI 53144


Southern Imperial, Inc.
23584 Network Place
Chicago, IL 60673


Sureway Tool
2959 Hart Drive
Franklin Park, IL 60130


TDS Metrocom
P.O. Box 94510
Palatine, IL 60094


THF
c/o Thomas Franklin & Assoc.
907 W. Roscoe St., #2
Chicago, IL 60657


Thunder Tool Co.
2800 S. 18th Ave.
Broadview, IL 60155


Toussaint and Company
P.O. Box 1711
Carmel, IN 46082


Trans-Expedite, Inc.
7 Founders Blvd.
Suite E
El Paso, TX 79906


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


USF Holland Inc.
27052 Network Place
Chicago, IL 60673


Valley Fire Protection Service
101 N. Raddant Road
Batavia, IL 60510

```
Robert D. Webb
1000 S. Stone Avenue
La Grange, IL 60525


Wooden Valley Carpentry
4208 11th Street
Winthrop Harbor, IL 60031
```